**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 03-4372**

─────────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

    versus

ERIC LEWIS,

                Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CR-02-77)

─────────────

Submitted: August 7, 2003        Decided: August 25, 2003

─────────────

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Remanded by unpublished per curiam opinion.

─────────────

Francis Albert Pommett, III, Baltimore, Maryland, for Appellant. Barbara Suzanne Skalla, Assistant United States Attorney, Daphene Rose McFerren, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eric Lewis seeks to appeal his conviction and sentence. In criminal cases, the defendant must file his notice of appeal within ten days of the entry of judgment. Fed. R. App. P. 4(b)(1)(A). With or without a motion, the district court may grant an extension of time to file of up to thirty days upon a showing of excusable neglect or good cause. Fed. R. App. P. 4(b)(4); <u>United States v. Reyes</u>, 759 F.2d 351, 353 (4th Cir. 1985).

The district court entered its judgment on April 3, 2003; the ten-day appeal period expired on April 17, 2003. Lewis filed his notice of appeal after the ten-day period expired but within the thirty-day excusable neglect period. Because the notice of appeal was filed within the excusable neglect period, we remand the case to the district court for the court to determine whether Lewis has shown excusable neglect or good cause warranting an extension of the ten-day appeal period. The record, as supplemented, will then be returned to this court for further consideration.

We will defer, until the record is returned to us, acting on the motion of the United States to dismiss this appeal.

<u>REMANDED</u>